UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTY M. MONCION,<br><br>                    Plaintiff,<br><br>          -against-<br><br>CITY OF NEW YORK, *et al.*,<br><br>                    Defendants. | 20-CV-2346 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

By order dated April 22, 2020, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint, or otherwise communicated with the Court.

Accordingly, the complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

Plaintiff has consented to electronic service of court documents. (ECF 3.)

SO ORDERED.

Dated:   August 13, 2020
         New York, New York

                                              _____/s/ Louis L. Stanton_____
                                                        Louis L. Stanton
                                                           U.S.D.J.