UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTY M. MONCION,

                            Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

                            Defendants.

20-CV-2346 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued August 13, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 13, 2020
             New York, New York

                                                        *Louis L. Stanton*
                                                        Louis L. Stanton
                                                            U.S.D.J.