UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTY MONCION,

            Plaintiff,

-against-

NEW YORK CITY; NEW YORK CITY
DEPARTMENT OF TRANSPORTATION;
NEW YORK CITY POLICE DEPARTMENT;
MSA SECURITY,

            Defendants.

20-CV-2346 (LLS)

CIVIL JUDGMENT

By order dated September 1, 2020, the Court dismissed the amended complaint for failure to state a claim, and granted Plaintiff one final opportunity to replead her claims. The Court granted Plaintiff sixty days' leave to file a second amended complaint, and notified Plaintiff that if she failed to file a second amended complaint, the Court would enter judgment and close the matter. Plaintiff has not filed an amended complaint or otherwise communicated with the Court.

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

Plaintiff has consented to receive electronic service. (ECF 3.)

SO ORDERED.

Dated:   May 12, 2021
           New York, New York

                                                             Louis L. Stanton
                                                                U.S.D.J.